## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

CASE NO: 1:24-cv-07334-ENV-JRC

| | |
|---|---|
| GERARDO SOLANA, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff*, | **JURY TRIAL DEMANDED** |
| v. | |
| USAA FEDERAL SAVINGS BANK, | |
| *Defendant*. | |
| _____ / | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Gerardo Solana, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), do hereby dismiss this action as follows:

1. All claims of the Plaintiff, Gerardo Solana, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: March 6, 2025

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 3/10/2025

/s/ Eric N. Vitaliano
**Eric N. Vitaliano**
**United States District Judge**

The Clerk of Court is directed to close this case.

Respectfully Submitted,

/s/ *Rachel N. Dapeer*
**DAPEER LAW, P.A.**
Rachel N. Dapeer, Esq.
New York Bar No. 4995130
156 W 56th St #902
New York, NY 10019
Telephone: (917) 456-9603
rachel@dapeer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By: /s/ *Rachel N. Dapeer*
      Rachel N. Dapeer